748

Waymond E. WRIGHT, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 553, 2015

Supreme Court of Delaware.

Submitted: April 11, 2016

Decided: May 23, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1412000775.

AFFIRMED.

Charles POTTER, Jr., and Velda C. Jones-Potter, homeowners and residents of the State of Delaware, Defendant Below, Appellant,

v.

SC&A CONSTRUCTION, INC., a Delaware corporation, Plaintiff Below, Appellee.

No. 56, 2016

Supreme Court of Delaware.

Submitted: August 24, 2016

Decided: September 7, 2016

Court Below—Court of Chancery of the State of Delaware, No. 10528

AFFIRMED.

Bryan MCDONALD, Defendant-Below, Appellant,

v.

STATE of Delaware, Plaintiff-Below, Appellee.

No. 482, 2015

Supreme Court of Delaware.

Submitted: August 24, 2016

Decided: September 7, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1310018871

Affirmed.

Todd GREEN, Defendant-Below, Appellant,

v.

STATE of Delaware, Plaintiff-Below, Appellee.

No. 540, 2015

Supreme Court of Delaware.

Submitted: August 24, 2016

Decided: September 7, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1406002733

Affirmed.